# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **O R D E R** |
| v. | ) | |
| | ) | |
| MARTIN LOUIS BAUCOM, | ) | 5:02CR26-2 |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court upon its own motion. It has come to the Court's attention that, though the Court had issued an order setting conditions for Defendant's release pending appeal on April 20, 2006, the United States Marshall's Service may require a more specific order to avoid arresting Defendant.

**IT IS THEREFORE ORDERED** that Defendant Martin Louis Baucom is released on bond pending appeal, under the terms set out in the Court's April 20, 2006, order.

Signed: May 19, 2006

Graham C. Mullen
United States District Judge